UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BERTIS DOYLE CUPIT, III, #126043517, | § § § | |
| *Petitioner*, | § § § | |
| V. | § | Civil Action No. 3:24-CV-1712-X-BK |
| SHERIFF ADAM KING, | § § § | |
| *Respondent*. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 14). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 21st day of October 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE